FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign insurance company,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SPENCER TRUCKING LLC, a Washington limited liability company; RYAN SPENCER, an individual; ESTATE OF IVAN EMMANUEL CARDENAS SR.; and I C, an individual,<br><br>　　　　　　　　Defendants. | No.　1:20-cv-3211-SMJ<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motions to Dismiss, ECF No. 27. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

　　**1.**　The parties' Stipulated Motion to Dismiss, **ECF No. 27**, is **GRANTED**.

　　**2.**　All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

　　**3.**　All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE – 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of February 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2